UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 12121
   DAMINI S PATEL
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-2970
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/26/06 and confirmed on 11/17/06.

   2. The plan is paid in full.

   3. The Debtor paid a total of $  25938.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | SECURED | .00 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 10708.00 | 77.16 | 10708.00 |
| SMC | UNSECURED | 1890.07 | 7.88 | 197.53 |
| ECAST SETTLEMENT CORP | SECURED | 1398.00 | 98.33 | 1398.00 |
| CARSON PIRIE SCOTT | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4000.00 | .00 | 418.03 |
| RETAIL SERVICES | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1526.87 | .00 | 159.57 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 6800.00 | .00 | 710.66 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5597.71 | .00 | 585.01 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10910.58 | .00 | 1140.25 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10255.45 | .00 | 1071.78 |
| DISCOVER BANK | UNSECURED | 2056.37 | .00 | 214.91 |
| RONALD MURPHY | UNSECURED | 53097.74 | .00 | 5549.15 |
| WACHOVIA BANK CARD SRV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1772.97 | .00 | 185.29 |
| SMC | UNSECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

   Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12106.00 | .00 | 97907.76 | .00 | 110013.76 |
| PRINCIPAL PAID | 12106.00 | .00 | 10232.18 | .00 | 22338.18 |
| INTEREST PAID | 175.49 | .00 | 7.88 | .00 | 183.37 |
| TOTAL PAID | 12281.49 | .00 | 10240.06 | .00 | 22521.55 |

The Debtor's attorney, JANET L WATSON           , was allowed $   3500.00 and was paid $   1300.00  direct and $   2200.00  through the plan.

The Trustee received $   1216.45 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE